

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| EFRAIN DE LA CRUZ, JR.,<br>    Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, In His Official<br>Capacity as U.S. Secretary of State,<br>    Defendant. | §<br>§<br>§  Civil Action No.<br>§  DR-19-CV-22–AMCW<br>§<br>§<br>§<br>§ |

## ORDER

In the present cause of action, the parties filed a Joint Stipulation of Dismissal of Action with Prejudice. (ECF No. 48.) Because the stipulation complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action.

SIGNED and ENTERED on this 18th day of February 2022.

ALIA MOSES
United States District Judge