AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

EFRAIN DE LA CRUZ, JR.,
Plaintiff,

v.

ANTHONY J. BLINKEN, In His Official Capacity as U.S. Secretary of State,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-19-CV-22-AM-CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

It is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

2/18/2022
Date

Jeannette J. Clack
Clerk

*J. Sanchez*
(By) Deputy Clerk